STATE OF CONNECTICUT *v.* HOPETON LEE
MEDLEY

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 662 (AC 16456), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Brian S. Carlow,* senior assistant public defender, in support of the petition.

*Eileen McCarthy Geel,* deputy assistant state's attorney, in opposition.

Decided June 25, 1998

GONZALO COTTO *v.* UNITED TECHNOLOGIES
CORPORATION, SIKORSKY
AIRCRAFT DIVISION

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 618 (AC 16670) is granted, limited to the following issue:

"Did the Appellate Court properly hold that the plaintiff's expression or his refusal to display a political symbol was not protected by the first amendment to the United States constitution or by article first of the constitution of Connecticut?"

The Supreme Court docket number is SC 15963.

*Karen Lee Torre,* in support of the petition.

Decided June 25, 1998